# United States District Court
# Western District of North Carolina
# Charlotte Division

|   |   |   |
|---|---|---|
| Alton Sharan Sapp**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:22-cv-00537-RJC-DCK |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| District Attorney Charlotte, NC, et al ) | |
| ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 1, 2022 Order.

November 1, 2022

_____

Frank G. Johns, Clerk
United States District Court